IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT CODY HALL,                                                                          PLAINTIFF
ADC #139134

V.                                    5:17CV00318-JM-JTK

CHRIS BUDNIK, et al.                                                                       DEFENDANTS

**ORDER**

The Court has received Revised proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's grievance allegations against Defendant Conley are DISMISSED with prejudice.

2. Plaintiff's medical claims are DISMISSED without prejudice.

IT IS SO ORDERED this 28th day of December, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE