IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT CODY HALL,                                                                                    PLAINTIFF
ADC #139134

V.                                           5:17CV00318-JM-JTK

CHRIS BUDNIK, et al.                                                                                DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (Doc. No. 3), which this Court construes as a Motion for Preliminary Injunction, is DENIED.

IT IS SO ORDERED this 5th day of January, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1